David Wawro (DW-3282)
Ian M. Goldrich (IG-5653)
TORYS LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

           Plaintiff,

    - against -

TAMA BROADCASTING, INC.

           Defendants.
-------------------------------------------------------------- x

08 CV 3115

Civil Action No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Tama Broadcasting, Inc. certifies that none of the corporate parents, affiliates or subsidiaries of said party are publicly held.

Dated: New York, New York
       March 27, 2008

                            TORYS LLP

                            By: _____
                            David Wawro (DW-3282)
                            Ian M. Goldrich (IG-5653)

                            237 Park Avenue
                            New York, New York 10017-3142
                            Tel: (212) 880-6000
                            Fax: (212) 682-0200

                            Attorneys for Defendant

Of Counsel:

Charles W. Cherry II, Esq.
Law Office of Charles W. Cherry II
5200 SW 18th Street
Plantation, Florida 33317
Tel: (813) 367-7342
Fax: (954) 583-9667

8446109