08 CV 03115    Crotty

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Petraco Oil Co. Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
PETRACO OIL CO. LTD.,                  :
                                       :
                Plaintiff,             :
                                       :
    -against-                          :       **ORDER APPOINTING**
                                       :       **PROCESS SERVER**
PROGETRA SA,                           :
                                       :
                Defendant.             :
-------------------------------------------------------------x

Plaintiff, having moved for an Order pursuant to Fed.R.Civ. 4(c) appointing Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., who is over 18 years of age and not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the Affirmation of Simon Harter, Esq., that such appointment will result in substantial economies of time and expense,

**NOW**, on motion of Law Offices of Simon Harter, Esq., Attorneys for Plaintiff, it is

**ORDERED**, that Gerald Weathers or any other person ~~at least 18 years of age and~~ employed ~~not a party to this action, appoint~~ed by Law Offices of Simon Harter, Esq., or licensed process server, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and

Garnishment, the Process of Maritime Attachment and Garnishment, any Supplemental Process, and a copy of the Verified Complaint on all garnishees as so permitted therein.

Dated:     March 3, 2008          SO ORDERED:

                                                 _____
                                                        U.S.D.J.