FAUST OPPENHEIM LLP
David I. Faust (DF-9739)
Petra von Ziegesar (PV-3568)
488 Madison Avenue, 17th Floor
New York, New York 10022
T: (212) 751-7700
Attorneys for Defendant, Progetra SA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

PETRACO OIL CO. LTD.,

                Plaintiff,

            -against-

PROGETRA SA,

                Defendant.

------------------------------------------------------x

Index No. 08cv03115

NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE
## BY FAUST OPPENHEIM LLP
## ON BEHALF OF PROGETRA SA

**PLEASE TAKE NOTICE** that Faust Oppenheim LLP hereby appears as attorneys for PROGETRA SA ("Progetra"). Faust Oppenheim LLP hereby requests that all pleadings of any kind including, without limitation, notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, whether by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made, and all papers served or required to be served in this case, be given to and served upon Faust Oppenheim LLP at the office, address and telephone number set forth below:

FAUST OPPENHEIM LLP
488 Madison Avenue, 17th Floor
New York, New York 10022
Attn: David I. Faust, Esq.
Telephone: (212) 751-7700
Email: davidfaust@frolaw.com

F:\2390-101\NOA.doc

And


Attn: Petra von Ziegesar, Esq.
Telephone: (212) 751-7700
pvonziegesar@frolaw.com

Dated: May 12, 2008
      New York, New York

                                FAUST OPPENHEIM LLP

               BY:   _____

                                  Attorneys for Defendant
                                  David I. Faust (DF-9739)
                                  Petra von Ziegesar (PV-3568)
                                  488 Madison Avenue, 17th Floor
                                  New York, New York 10022
                                  T: (212) 751-7700