UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETRACO OIL CO. LTD.,

        Plaintiff,

-against-

PROGETRA SA,

        Defendant.
------------------------------------------------------------x

Index No. 08cv03115 (PAC)

AFFIRMATION OF SERVICE

      **I, Petra von Ziegesar, declare under the penalty of perjury** that I have served a copy of the attached Notice of Motion to Vacate Attachment and Dismiss Verified Complaint, Affirmation in Support of Motion to Vacate Attachment and Dismiss Verified Complaint and Memorandum of Law in Support of Progetra SA's Motion to Vacate the Rule B Attachment and Dismiss the Verified Complaint via Federal Express overnight courier service upon:

    Simon Harter, Esq.
    Attorneys for Plaintiff Petraco Oil Co., Ltd.
    304 Park Avenue South - 11th Floor
    New York, New York 10010

and

    Jorn A. Holl, Esq.
    Attorneys for Intervener RZB
    Kavanagh Maloney & Osnato LLP
    415 Madison Avenue
    New York, New York 10017

Dated:    New York, New York
           June 26, 2008

                              FAUST OPPENHEIM LLP

              BY: _____
                              Petra von Ziegesar (PV-3568)
                              488 Madison Avenue, 17th Floor
                              New York, New York 10022
                              T: (212) 751-7700
                              Attorneys for Defendant, Progetra SA

F:\2390-101\Affirmation'Dismiss'Svc.doc