UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PETRACO OIL CO. LTD.,

                Plaintiff,

     -against-

PROGETRA SA,

                Defendant.
-------------------------------------------------------x

Index No. 08cv03115 (PAC)

NOTICE OF MOTION TO
VACATE ATTACHMENT AND
DISMISS VERIFIED COMPLAINT

PLEASE TAKE NOTICE that upon the annexed Affirmation of David I. Faust, Esq.,

affirmed on June 26, 2008, the accompanying Memorandum of Law in support of this motion

and the pleadings herein defendant Progetra SA will move this Court, before Paul A. Crotty,

United States District Court Judge, for an Order pursuant to Rule 12(b)(1) of the Federal Rules

of Civil Procedure and Rule E(4)(f) of the Supplemental Admiralty Rules to vacate the Rule B

attachment and dismiss the verified complaint of Petraco Oil Co., Ltd.

**I declare under the penalty of perjury that the foregoing is true and correct.**

Dated:      New York, New York
             June 26, 2008

FAUST OPPENHEIM LLP

BY:   _____
David I. Faust (DF-9739)
488 Madison Avenue, 17th Floor
New York, New York 10022
T: (212) 751-7700
Attorneys for Defendant, Progetra SA

F:\2390-101\NotMotDismiss'001.doc