UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PETRACO OIL CO. LTD.

                    Plaintiff,                  08-cv-03115 (PAC)(THK)

-against-                                **NOTICE OF MOTION TO VACATE ATTACHMENT**

PROGETRA S.A.

                    Defendant.
------------------------------------------------------x

Upon the accompanying Memorandum of Law, and the pleadings heretofore had herein, Intervenor Raiffeissen Zentralbank Österreich A.G. ("RZB") will move this Court before the Honorable Paul A. Crotty, United States District Judge, at a time and place as determined by the Court, for an order pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure: (1) vacating this Court's March 31, 2008 ex parte Order for process of maritime attachment, and (2) after vacatur, either: (a) ordering that the original, relevant electronic fund transfer ("EFT") instructions be carried out, or (b) keeping all attached sums in the Court's custody until proper ownership can be determined, or (c) issuing such other post-vacatur order concerning the attached EFTs as is just and proper.

Dated: June 27, 2008

                                          RAIFFEISEN ZENTRALBANK ÖSTERREICH A.G.

                                           By: _____
                                                 Jorn A. Holl (JH 1119)
                                                 KAVANAGH MALONEY & OSNATO LLP
                                                 415 Madison Avenue
                                                 New York NY 10017
                                                 (212) 207-8400
                                                 Fax (212) 888-7324
                                                 jholl@kmollp.com

{00019073.DOC 1}